# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

**DOUGLAS EDWARD MILLER,**
  Plaintiff,           Civil Action No. 7:17-cv-00125

v.                 **FINAL ORDER**

**MARTY STALLARD, et al,**       By: James P. Jones
  Defendant(s).          United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

as follows:

1. The Opinion and Order entered May 31, 2017, are VACATED;

2. This action is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b); and

3. The clerk will close the case.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the plaintiff.

            ENTER: June 5, 2017

            /s/James P. Jones
            United States District Judge